FILED
CLERK, U.S. DISTRICT COURT

9/17/24

CENTRAL DISTRICT OF CALIFORNIA
BY: CS          DEPUTY

Mocienne Petit Jackson
Po box 1553
3500 BN Utrecht
[+31- (0) 18548982
mocienne.e.petit.j@gmail.com

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

CIVIL

| | |
|---|---|
| PLAINTIFFS, MOCIENNE PETIT JACKSON | Case No.: [CV24-5291-SPG(PDx) |
| Plaintiff, | |
| vs. | NOTICE TO THE COURT |
| Defendant | |

Date September 17, 2024 The Netherlands.

Notice to the court about Visa

_____
MOCIENNE PETIT JACKSON

Dearest judge,

I want to inform you, that I have not heard anything from the defendants. The state of Belgium and The Netherlands. They have not let me know who are representing them in this case. The term that they needed to answer, is finished. So, they need to contact me about the days that they are ready for trial. I have juist received my mail about the PACRE today 17 September 2024, so now I can login to digital filing. If they may have dropped something in digital, I did not receive a notice about that. So, please

NOTICE TO THE COURT ABOUT VISA AND NO ANWER FROM THE DEFENDANT'S

excuse me for this matter. I will do my best to contact the court about this. I also want to inform you, that I have started the process asking for a visa, so that I can be in trial. I hope the Court will grant me financially support, paid by the state of Belgium and The Netherlands for my staying and flying in to America.

I have asked for that in another motion before. I want to ask the Court, please don't forget about this very important point for me. I am sending as an attachment my correspondence with the ambassy surrounding my request for a visa.

Sincerely,

Mocienne E. Petit Jackson

NOTICE TO THE COURT ABOUT VISA AND NO ANWER FROM THE DEFENDANT'S

16 september 2024

To: **Ambassade van de Verenigde Staten van Amerika**

*John Adams Park 1*

*2244BZ Wassenaar*

Telefoon

+31 70 310 22 09

- https://nl.usembassy.gov

- ircthehague@state.gov

 to: **Consulaat-Generaal van de Verenigde Staten van Amerika**

*Museumplein 19*

*1071DJ Amsterdam*

Telefoon

+31 20 575 53 09

To: **Nederlandse ambassade in Washington D.C., Verenigde Staten van Amerika**

**Adres**

4200 Linnean Avenue NW
Washington, DC 20008
Verenigde Staten van Amerika

From: **Mocienne Petit – Jackson**

Mailing address

Po box 1553

3500 BN Utrecht

Bank info: Thuiszorg Ernestine  BV

Banknummer: NL96ABNA0426924835

BIC   ABNANL2A

Home:  address Magnolialaan 13

3723 WD Bilthoven

1

E- mail mocienne.e.petit.j@gmail.com

Telephone; +31- 618548982

**Dearest, Ambassade – Consulates**

My name is Mocienne Petit Jackson and this what have happened to me.

When I was in Washington DC airport on my way to Los Angeles, because I had an appointment with the court  surrounding my DNA results, on June 15, 2024, I was sent back and I was told by the immigration service that an investigation about my identity was being done by the District Attorney. I was sent back to Belgium. When I arrived back in Belgium, I was picked up by The State Security Service/Sûreté de l'État (VSSE), or State Security, and I asked them what the reason was that America sent me back. They told me: "Identity fraud." Belgium had checked my passport  of the Netherlands ; everything was fine and they called the Americans crazy. In America they have taken my fingerprints against my will, the have asked me to sign it, I did not give them my real handy graph, because they were brutal and mean. Immigration in America is a process that as a visitor I want to only hurt you. As a tourist we are all being treated like criminals. There is no welcome in America. It is brutal. Everywhere around the airplane the people who work there are aggressive to you. There is no kind of love and respect. It is brutal. It is a power game at the worst level to bare as a human been.

 That is when my luggage disappeared, I did not freak out about the whole situation, I did not have any mental breakdown about anything that was going on, I stayed very calm.

because I was kidnaped by child trafficking in 1984. I have done a DNA test and that DNA has shown that I am directly family of the famous artist the King of Pop Michael Jackson and Diana Ross. The District Attorney of California has been investigating my kidnaping in 1984  I was told they did not tell me that but I found out when I come back to Belgium .

I was 9 years old when I was kidnapped and I have been fighting the government system surrounding my kidnapping. In the last 31 years I have won a lot of important lawsuits. At this moment I am working to make fundamental change for children rights in this world, who are victims of child trafficking. With success I have opened a case in America against the countries The Netherlands and Belgium. This case is pending now.

the District Attorney that I openly accuse of stealing my luggage, stealing my DNA, so that they can confirm the DNA test again.

that I 100% blame the District Attorney of America for making my suitcase disappear for more than 2 months. After receiving back my suitcase last week, everything that was related with my DNA, has been removed from my suitcase. Things that I tough a lot of time, my favorite clothes, my make-up, everything that has my DNA has been taken out of my suitcase. I can tell you that this is a very emotional thing. A complete violation of my privacy and the things that I own. This weekend I have come to the conclusion that my phones are being hacked. The things that I was really missing and

2

wanted back in my suitcase, these are the things that I received back. And my favorite lipstick colors were bought new in my beauty case. The ones with my DNA on it, were kept by the District Attorney

I don't believe the District Attorney believes that I would openly accuse them of this crime, because they are on my side, investigating my kidnapping. America has a very aggressive way of proceeding things and I really don't like it. They could have asked me to have my luggage. But what did they do? They gave me this problem. Why? Because I did not want to work with the District Attorney. I want to work with the civil court. The court has granted me that. And as I expect, I believe that the District Attorney will become a party in this case. I know that they need me as a witness and I am not going to be one. They are on their own. Why? This is the same department that has accused Michael Jackson of child molesting. I will not deal with them after what they did to my family member.

I was told by the American immigration that I was not allowed to ever travel with a travel visa again. And that I needed to ask for another visa. My trial is coming in America surrounding my identity and I need a visa to get into America without this kind of abuse. I sent here the information surrounding my trial. This court case is sealed. I was brutalized by America immigration in Washington DC this time, I can no longer be emotional to you all. Coming to America is getting abused. Child trafficking is a serious matter, I went to the American consulate in 2007 with this problem, nobody helped me then. I went to the FBI in 2009 in California about this problem, they did not help me. Then I flew to Washington DC and I was not allowed to enter into the country, because of that I lost all my money, I want my money back from that trip.

I do not want to hear any apologize, because America does not care about me. I want my money back and I want to have a visa that allows me this coming year to see my family who are Americans and allow me to work. I do not want to live in America, never. But I would be in America to represent myself in a trial. And if necessary, I may have to give interviews to the press, surrounding my life. My trial is about getting back my American citizenship. I expect that this will be granted to me by the judge. And that I will be granted an American passport. I want to keep my Dutch passport as a citizen of The Netherlands, because I have lived here for 41 years. I have no future plans to ever live in America permanent. My life is in The Netherlands. But it is very important to me to have back my identity, because I was kidnapped by child trafficking. I hope there will be a solution for this visa problem. I have written the bank information, below my information, because I want to receive my money back, that I feel that America has stolen from me. I need that to bye a new ticket and I never want to fly with American Airline again. So, if America assigns me a new ticket, that is also fine. The money of the hotel, I need that back in euros, because I need to invest that in another place, because I will be staying longer than 10 days in America for trial. And I will never want to go to Washington DC again.

These immigration people are mean to the bone. They create aggressivity. Because I work in the healthcare, I deal with a lot of people who are aggressive to me as an healthcare giver, because they are in pain and in mental suffering. But these immigration people in America, it their power game to destroy you and make you lose control. When I told them, can I call a lawyer, they told me that I had no right for an attorney, because of my holiday visa.

3

Every person who has ever died at the airport, I blame them. In 2017 I had a heart attack, because of an operation that I had. My body was hurting when I land at Washington DC, I told the officers that I did not feel well, I had problems with my asthma, they did not care. When they make up their minds that you are in anyway a bad person, you are dead to them. They work together like a pack of wolfs. Together with the playing dogs. They have destroyed my bags, destroyed the things that were in my bags, made my bag disappear for months, destroyed my suitcase, stolen every important thing that was in it, even removing the numbers of my suitcase and then send it back to you after 2 months. If there is e devil, immigration in America are the devils, they are the hell. And they make me understand why 9-11 happened, I was there 9-11-2001. I just flew away that morning from New York with Singapore Airlines to Amsterdam. American airport employees are giving me this kind of hate. And even they own people who are American citizens who come back to America. I have done my investigation and they are doing this to everyone. My doctor told me that he went on holiday to America with his family and that he was treated like a dog, and he is not the only one. In the Netherlands I never fly with Schiphol, because they are the same. I stopped flying with them in 2009, because they treat black people less than shit. I don't trust my life with Germany airplane, because they are the same as The Netherlands, bad to people.

I only fly through Belgium, because they are fair. They are not trying to destroy you. So, if you sent me a ticket, I only fly through Belgium, the rest I don't fly, the rest of my life I will never fly through The Netherlands. And I was surprised what a disgusting Washington DC airport was. I end this letter by saying, I don't need an apologize, I just need a visa and get back my money. And I will send the judges in my case, a notice of this letter.

Please view all the attachment of my airplane ticked Esta  and my hotel cost and a copy of my passport. And this is also my official complaint against Washington DC airport and America . And I want to have financially compensation for the abuse that I have endorsed. I don't care how much money it is. I want my complaint to be registered about what they have done to me and to be sent out to the right people to deal with this matter. If people don't explain to you why things are happening and I am being sent back without any paper in my hands, why I have been sent back, this is severe emotional abuse. And I have been really suffering under it. And I was in physical pain and I did not want to fight them, that I could die on the plane. When I came back, I spoke to my doctor about the pain in my tummy, I was in deep pain for 3 weeks and slowly I got better. You know the saying: stress can kill you, I felt that with that experience in Washington DC airport.

Sincerely,

Mocienne Petit Jackson

4



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MOCIENNE PETIT JACKSON

PLAINTIFF(S),

v.

STAAT DER NEDERLANDEN, et al.

DEFENDANT(S).

CASE NUMBER:

▮▮▮▮▮▮▮▮▮▮ *SEALED*

**Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge**

The parties are advised they may consent to proceed before any available magistrate judge participating in the Voluntary Consent to Magistrate Judges Program to conduct all further proceedings in the case pursuant to 28 U.S.C. § 636(c) and Federal Rules of Civil Procedure 73. The consent list and consent form are available on the court's website at http://www.cacd.uscourts.gov/judges-requirements/court-programs/voluntary-consent-magistrate-judges-program. To confirm a particular magistrate judge's availability to schedule the trial in the time frame desired by the parties and/or willingness to accommodate any other special requests of the parties, please contact the magistrate judge's courtroom deputy prior to filing the consent.

Since magistrate judges do not handle felony criminal trials, civil trial dates are not at risk of being preempted by a felony criminal trial, which normally has priority. Further, in some cases, the magistrate judge may be able to assign an earlier trial date than a district judge. The parties can select a participating Magistrate Judge from any of the three divisions in the Central District of California. There may be other advantages or disadvantages which you will want to consider.

The plaintiff or removing party must serve this Notice on each named party in the case.



 Gmail

Mocienne Petit Jackson <mocienne.e.petit.j@gmail.com>

---

## Re: Fwd:

1 bericht

---

**U.S. Immigration Support** <info@usimmigration-support.org>              18 juni 2024 om 07:35
Aan: mocienne.e.petit.j@gmail.com

Dear Petit Mocienne,

Thank you for your email.

Your application for a US travel authorization was denied after it was initially approved. This "change of status" was performed by the US government, and there is unfortunately nothing we can do about it. We have no control over their decision to make this change, and we do not know why.

We will refund the charge for our processing service.

In order to visit the US you will need to apply for a B-2 tourist visa at a US Embassy or Consulate. Please visit the following link to find the nearest embassy or consulate: http://www.usembassy.gov

The first step is to complete Form DS-160 online at: https://ceac.state.gov/genniv/default.aspx

Once you have completed the Form DS-160, you should print it and arrange an interview.

If you require further information then please visit: http://www.usembassy.gov

Kind regards,

Customer Service Department

-------------------------------------------
The content of this email is confidential and intended for the recipient specified in this message only. Nothing in this email should be considered legal advice. This website is not affiliated with any government.

 Gmail                                    Mocienne Petit Jackson <mocienne.e.petit.j@gmail.com>

---

## Attached is your Travel Authorization (ESTA) to USA. Order: 16000118650

1 bericht

---

**info@usimmigration-support.net** <info@usimmigration-support.net>                 10 mei 2024 om 06:44
Aan: mocienne.e.petit.j@gmail.com

**Dear Petit Mocienne,**

This email contains your USA travel authorization (ESTA). Please see attached document in PDF format.

Pay attention to the following when reviewing your travel authorization (ESTA):

- You will see that some fields are currently blank. These blank fields are not mandatory to complete.
- Certain fields are not changeable (name, gender, passport number, date of birth, etc.).

You must apply for a new travel authorization (ESTA) if any of the following circumstances apply to you:

- You are issued a new passport
- You change your name
- You change your gender
- You change your country of citizenship
- You change your response to any of the security questions

If any of these fields do not match your passport details, we can assist in obtaining a new travel authorization (ESTA).

You may be contacted by the U.S. Department of Homeland Security regarding any changes or updates.

The total charge for our ESTA processing service will appear on your credit card statement as: EVISAFEE.COM $97.00.

Please contact us if you have any questions regarding your travel authorization or upcoming trip to the USA.

Regards,

U.S. Immigration Support
info@usimmigrationsupport.net

---

DISCLAIMER: This domain and website is operated by a private company not affiliated with any government agencies, consulates or embassies.

CONFIDENTIALITY NOTICE: This email and any attachments are confidential. If you have received this message by mistake, please contact us immediately and then delete the message from your computer. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.

---

📄 **PETIT-MOCIENNE-ESTA-APPLICATION.pdf**
64K





 Hagen

Soesterbergsestraat 61/1 3768 EB Soest
Telefoon: 035-60 22 803, E-mail: hagen@vx.nl
Bank: NL73 INGB 0684 5136 41, KvK: 32089540, BTW: 8104.47.927.B.01

**Mevrouw M. Petit**
**Magnolialaan 13**
**3723 WD   BILTHOVEN**

## Boekingsbevestiging/Factuur: 3906/15626/3
**Soest, 14 juni 2024**

**Vertrekdatum    : 15-06-2024**

| | Deelnemer(s) | Geb.datum | Nat. | ID-Nummer | Geldig tot | Telefoon | Thuisblijversnr. |
|---|---|---|---|---|---|---|---|
| 1 | Mw. M. (Mocienne) Petit | 15-11-1975 | NL | | | 06-18548982 | VOLGT |

Naam, geboortedatum en nationaliteit dienen overeen te komen zoals vermeld in het paspoort.
Controleert u alstublieft de juistheid van de thuisblijvers-telefoonnummers.
Thuisblijversnummer in geval van nood tijdens uw verblijf: **VOLGT**
**Registratie van uw gegevens**
Ten behoeve van de reserveringen en de financiële afwikkelingen, zijn uw persoonsgegevens van belang voor
onze administratie. De gegevens zijn door u aan ons verstrekt. Voor meer informatie over ons beleid aangaande
uw persoonsgegevens verwijzen wij u naar onze privacy policy. Een exemplaar kunt u van ons overhandigd
krijgen of opvragen op onze website.

Bemiddeld bij de volgende reisdienst:
**Definitieve boeking, Vervoer**                                                    **Verenigde Staten**
**Bemiddelaar        : Airtrade, Haarlem (NL)**                                       **Lijndienst**
                                          Datum reservering     :          14-06-2024
boekingscode        : MPZ34G
Reserveringsnummer  : FF-0830378 (Online)    Begindatum            :          15-06-2024
Deelnemer(s)        : Allen (1)              Einddatum             :          25-06-2024
Gereserveerd door   : Jeffrey Heltzel        Reisduur (dagen)      :                  11

                          Hagen

Soesterbergsestraat 61/1 3768 EB Soest
Telefoon: 035-60 22 803, E-mail: hagen@vx.nl
Bank: NL73 INGB 0684 5136 41, KvK: 32089540, BTW: 8104.47.927.B.01

**Vervoer**

| | | |
|---|---|---|
| 15-06-2024 | Vertrek: 12:00u Brussel (Zaventem) | UA 0951 |
| | Aankomst: 14:15u Washington, Dulles International Airport | |
| 15-06-2024 | Vertrek: 17:50u Washington, Dulles International Airport | UA 2276 |
| | Aankomst: 20:16u Los Angeles, CA | |
| 24-06-2024 | Vertrek: 08:15u Los Angeles, CA | UA 1140 |
| | Aankomst: 16:11u Washington, Dulles International Airport | |
| 24-06-2024 | Vertrek: 17:45u Washington, Dulles International Airport | UA 0950 |
| 25-06-2024 | Aankomst: 07:15u Brussel (Zaventem) | |

*Bijzonderheden: U mag 1 trolley en 1 stuks persoonlijke item (handtas/rugzak) meenemen met een maximum van 10 kg. Ruimbagage van 1 stuks mag maximaal 23 kg zijn.*

*Uw boekingscode is MPZ34G. Met deze boekingscode kunt u bij een groot aantal luchtvaartmaatschappijen online inchecken. De boekingscode bestaat uit 6 cijfers en/of letters. Een boekingscode wordt ook wel een bevestigingscode of reserveringsnummer genoemd.*

*Verklaring vluchtnummers:*
*UA: United Airlines*

**Aanvullend**

15-06-2024  t/m  25-06-2024

U maakt gebruik van een lijndienst vlucht. Dit betekent dat de wijziging- en annuleringsvoorwaarden voor deze reisdienst afwijken van de reguliere ANVR reisvoorwaarden (indien van toepassing) en in beginsel zullen oplopen tot 100% wijziging- en annuleringskosten ongeacht het moment van wijzigen of annuleren. Met het accepteren van deze boekingsbevestiging gaat u akkoord met deze afwijkende wijziging- en annuleringsvoorwaarden.

U heeft aangegeven een ESTA aangevraagd te hebben. U bent zelf verantwoordelijk voor dit visum en kunt VakantieXperts Hagen hier niet verantwoordelijk voor houden.

Voor alle reisinformatie en inreisbepalingen verwijzen wij u naar www.nederlandwereldwijd.nl.

- Met ingang van 12 januari 2009 dienen alle reizigers die aan boord gaan van een vliegtuig of schip naar de Verenigde Staten te beschikken over een goedgekeurde reistoestemming (twee jaar geldig, tenzij uw paspoort eerder verloopt).
Deze kunt u online aanvragen via https://esta.cbp.dhs.gov. U zult hier gevraagd worden om een aantal eenvoudige en persoonlijke vragen te beantwoorden om vast te stellen of u in aanmerking komt voor reistoestemming. Indien de toestemming niet wordt goedgekeurd dient u contact op te nemen met de Ambassade van de Verenigde Staten. Vanaf 08 september 2010 bedragen de kosten $ 21,00 per aanvraag. Let op: in de Nederlandse paspoortnummers zit nooit een O (letter), maar er kan wel een 0 (cijfer nul) in zitten. Indien dit niet juist gebruikt wordt kan het zijn dat u bij het inchecken op de luchthaven een nieuwe ESTA moet aanvragen en betalen !

Bemiddeld bij de volgende reisdienst:

| **Definitieve boeking, Accommodatie** | | | | **Verenigde Staten** |
|---|---|---|---|---|
| **Dienstverlener** | : **Destinations of the world JLT, Dubai (AE)** | | | **Accommodatie** |
| | Geen deelnemer SGR, geen lid van ANVR | Datum reservering | : | 14-06-2024 |
| Reserveringsnummer | : 577521775 (Online) | Begindatum | : | 15-06-2024 |
| Deelnemer(s) | : Allen (1) | Einddatum | : | 24-06-2024 |
| Gereserveerd door | : Jeffrey Heltzel | Reisduur (dagen) | : | 10 |



## Hagen

Soesterbergsestraat 61/1 3768 EB Soest
Telefoon: 035-60 22 803, E-mail: hagen@vx.nl
Bank: NL73 INGB 0684 5136 41, KvK: 32089540, BTW: 8104.47.927.B.01

### Verblijf

| | Accommodatie | Plaats |
|---|---|---|
| 15-06-2024 t/m 24-06-2024, 9 nachten | Hotel CitizenM Los Angeles Hotel | Los Angeles |

| | | |
|---|---|---|
| **Verzorging** | : Logies | |
| **Type** | : 1 x Eénpersoonskamer King | |
| **Faciliteiten** | : volgens beschrijving | |

### Aanvullend

15-06-2024  t/m  24-06-2024

U maakt gebruik van een non-refundable hotel. Dit betekent dat de wijziging- en annuleringsvoorwaarden voor deze reisdienst afwijken van de reguliere ANVR reisvoorwaarden (indien van toepassing) en in beginsel zullen oplopen tot 100% wijziging- en annuleringskosten ongeacht het moment van wijzigen of annuleren. Met het accepteren van deze boekingsbevestiging gaat u akkoord met deze afwijkende wijziging- en annuleringsvoorwaarden.

- Met ingang van 12 januari 2009 dienen alle reizigers die aan boord gaan van een vliegtuig of schip naar de Verenigde Staten te beschikken over een goedgekeurde reistoestemming (twee jaar geldig, tenzij uw paspoort eerder verloopt).
Deze kunt u online aanvragen via https://esta.cbp.dhs.gov. U zult hier gevraagd worden om een aantal eenvoudige en persoonlijke vragen te beantwoorden om vast te stellen of u in aanmerking komt voor reistoestemming. Indien de toestemming niet wordt goedgekeurd dient u contact op te nemen met de Ambassade van de Verenigde Staten. Vanaf 08 september 2010 bedragen de kosten $ 21,00 per aanvraag. Let op: in de Nederlandse paspoortnummers zit nooit een O (letter), maar er kan wel een 0 (cijfer nul) in zitten. Indien dit niet juist gebruikt wordt kan het zijn dat u bij het inchecken op de luchthaven een nieuwe ESTA moet aanvragen en betalen !

### Verzekeringen

U heeft geen annulerings- en/of reisverzekering bij ons afgesloten voor deze boekingsbevestiging.
Wij adviseren u zeer dringend nog voor vertrek een reisverzekering af te sluiten. Een standaard ziektekostenverzekering is veelal niet voldoende.

## Prijsspecificatie

**Vervoer, Verenigde Staten** - Airtrade

| Reissom | | | | | |
|---|---|---|---|---|---|
| | 1 x € | 1252.00 = € | 1252.00 | | |
| **Subtotaal vervoer:** | | | | € | **1252.00** |

**Accommodatie, Verenigde Staten** - Destinations of the world JLT

| Reissom | | | | | |
|---|---|---|---|---|---|
| | 1 x € | 1505.00 = € | 1505.00 | | |
| **Subtotaal accommodatie:** | | | | € | **1505.00** |

**Overig**

| | | | | | |
|---|---|---|---|---|---|
| Bemiddelingskosten | 1 x € | 52.95 = € | 52.95 | | |
| SGR heffing | 1 x € | 5.00 = € | 5.00 | | |
| Meer informatie, zie www.sgr.nl | | | | | |
| Calamiteitenfonds | 1 x € | 2.50 = € | 2.50 | | |
| **Subtotaal overig:** | | | | € | **60.45** |

Boekingsbevestiging/Factuur: 3906/15626/3

 Hagen

Soesterbergsestraat 61/1 3768 EB Soest
Telefoon: 035-60 22 803, E-mail: hagen@vx.nl
Bank: NL73 INGB 0684 5136 41, KvK: 32089540, BTW: 8104.47.927.B.01

| | | |
|---|---|---|
| **Totaal dossier: 3906/15626:** | € | **2817.45** |
| **Voldaan:** | € | **0.00** |
| **Te voldoen:** | € | **2817.45** |
| **Restantbetaling te voldoen per omgaande:** | € | **2817.45** |

Wij verzoeken u bij betaling te vermelden: 3906/15626.

    Hagen

Soesterbergsestraat 61/1 3768 EB Soest
Telefoon: 035-60 22 803, E-mail: hagen@vx.nl
Bank: NL73 INGB 0684 5136 41, KvK: 32089540, BTW: 8104.47.927.B.01

**Organisator**
Wij zijn de organisator van de door u bij ons geboekte en hierbij bevestigde pakketreis.
Op deze pakketreis zijn de ANVR-Reisvoorwaarden van toepassing en ook onze aanvullende voorwaarden. Als de reis is samengesteld uit reisdiensten van verschillende dienstverleners zijn aanvullend ook de voorwaarden van die dienstverleners van toepassing, die echter geen afbreuk mogen doen aan de ANVR reisvoorwaarden of de wettelijke rechten. Als aanvullende voorwaarden gelden, vermelden we dat expliciet. U kunt de ANVR-Reisvoorwaarden vinden op www.anvr.nl/reizigersvoorwaarden.pdf en onze aanvullende voorwaarden bijgaand en op www.anvr.nl/touroperatorvoorwaarden.

**SGR**
Wij zijn aangesloten bij Stichting Garantiefonds Reisgelden (SGR) en dus is ook de garantieregeling van SGR van toepassing. U kunt dit controleren op www.sgr.nl. Bij financieel onvermogen van ons en/of een dienstverlener die bij SGR is aangesloten, kunt u -als en voor zover de regeling daarin voorziet- aanspraak maken op de garantieregeling (www.sgr.nl/garantieregeling).

Op het vervoer dat wordt uitgevoerd door (Nederlandse) luchtvaartmaatschappijen, trein-, ferry- en busmaatschappijen zijn de algemene voorwaarden van die vervoersmaatschappijen van toepassing. Deze voorwaarden heeft u ontvangen, zijn te vinden op hun websites of te lezen op www.anvr.nl/vervoersvoorwaarden.

Als het noodzakelijk is voor een goede uitvoering van deze reisovereenkomst geven wij uw gegevens door aan de dienstverlener(s). Als u hier geen prijs op stelt, kunt u dit aan ons doorgeven, maar dan zijn wij niet aansprakelijk als die diensten niet of niet juist kunnen worden uitgevoerd, omdat deze gegevens ontbreken.

**Wettelijke informatie**
De combinatie van reisdiensten die u wordt aangeboden, is een pakketreis in de zin van Richtlijn (EU) 2015/2302. Bijgevolg kunt u aanspraak maken op alle EU-rechten die voor pakketreizen gelden. Wij zijn ten volle verantwoordelijk voor de goede uitvoering van de volledige pakketreis. Wij beschikken ook over de wettelijke verplichte bescherming om u terug te betalen en - indien het vervoer in de pakketreis is inbegrepen - te repatriëren ingeval wij insolvent worden. Meer informatie over basisrechten krachtens Richtlijn (EU) 2015/2302 vindt u op www.anvr.nl/basisrechtenpakketreis.pdf.

**Calamiteitenfonds**
Wij zijn ook aangesloten bij het Calamiteitenfonds(CF) en dus is de garantieregeling van CF van toepassing. U kunt dit controleren op www.calamiteitenfonds.nl. Bij een calamiteit kunt u -als en voor zover de regeling daarin voorziet- aanspraak maken op de garantieregeling van het CF (www.calamiteitenfonds.nl/garantieregeling).

**Vaccinatie en Visum**
Voor mogelijke - verplichte - vaccinaties dient u zich ruim voor vertrek te wenden tot uw huisarts en of GGD. Voor reizen buiten Nederland dienen de reizigers in het bezit te zijn van een voor de bestemming geldig reisdocument, zoals een paspoort. De reiziger dient zelf te controleren of ook een visum of andere reisdocumenten noodzakelijk zijn.

**Reisbescheiden**
Indien u vijf dagen voor vertrek nog geen bericht heeft ontvangen betreffende uw reisbescheiden, dan dient u per omgaande contact op te nemen met uw reisbureau.

Handtekening voor accoord:

Hartelijk dank voor uw reservering.
VakantieXperts Hagen
Jeffrey Heltzel

 Official Website of the Department of Homeland Security

**U.S. Customs and Border Protection**

 *Electronic System for Travel Authorization* U.S. Department of Homeland Security

# AUTHORIZATION APPROVED

**Download** ⬇  **Print** 🖨  **Close** ⊗

Your travel authorization has been approved and you are authorized to travel to the United States under the Visa Waiver Program. This does not guarantee admission to the United States; a Customs and Border Protection (CBP) officer at a port of entry will have the final determination.

| APPLICATION NUMBER | EXPIRATION DATE |
|---|---|
| 15275R5Y1W609I6T | 01/13/2026 |

## PAYMENT RECEIPT

| | |
|---|---|
| Payment Date: | May 9, 2024 6:26:8 PM |
| Payment Tracking Code: | 27EABRSE |
| **Payment Received:** | **$21.00** |

## APPLICANT INFORMATION

| **Family Name** | **First (Given) Name** | **Passport Number** |
|---|---|---|
| PETIT | MOCIENNE ELIZABETH | NY7091781 |

| **Issuing Country** | **Issuance Date** | **Expiration Date** |
|---|---|---|
| NETHERLANDS (NLD) | January 13, 2016 | January 13, 2026 |

| **Country of Citizenship / Nationality** | **National Identification Number** | **Personal Identification Number** |
|---|---|---|
| NETHERLANDS (NLD) | 101120667 | |

| **Sex** | **Date of Birth** | **City of Birth** |
|---|---|---|
| Female | November 15, 1975 | LE CAP-HAITIEN |

**Country of Birth**
HAITI (HTI)

## OTHER CITIZENSHIP/NATIONALITY

**Are you now, a citizen or national of any other country?**  Yes

Privacy - Terms

**Country of Citizenship / Nationality**
HAITI (HTI)

**How did you acquire citizenship / nationality from this country?**
By birth

**Other**

**Have you ever been a citizen or national of any other country?**   No

**E-mail Address**
MOCIENNE.E.PETIT.J@GMAIL.COM

**Confirm E-mail Address**
MOCIENNE.E.PETIT.J@GMAIL.COM

## PERSONAL INFORMATION

**Are you known by any other names or aliases?**   No

**Have you ever been issued a passport or national identity card for travel by any other country?**   No

## YOUR CONTACT INFORMATION

**Address Line 1**
MAGNOLIALAAN 13

**Address Line 2**

**Apartment Number**

**City**
BILTHOVEN

**State/Province/Region**
UTRECHT

**Country**
NETHERLANDS (NLD)

**Telephone Type**
Mobile

**Country Code**
NETHERLANDS (NLD) (+31)

**Phone Number**
618548982

## SOCIAL MEDIA (OPTIONAL)
N/A

## GE/NEXUS/SENTRI MEMBERSHIP

**Are you a member of the CBP Global Entry/NEXUS/SENTRI Program?**   No

## PARENTS

**Family Name**
UNKNOWN

**First (Given) Name**
UNKNOWN

**Family Name**
UNKNOWN

**First (Given) Name**
UNKNOWN

## EMPLOYMENT INFORMATION

**Do you have a current or previous employer?**  No

## TRAVEL INFORMATION

**Is your travel to the US occurring in transit to another country?**  No

## U.S. Point of Contact Information

**Name**
UNKNOWN

**Address Line 1**
UNKNOWN

**Address Line 2**

**Apartment Number**

**City**
LOS ANGELS

**State/Province/Region**
CALIFORNIA

**Country Code**
UNITED STATES (USA) (+1)

**Phone Number**
00000

## Address While in the U.S.

**Address Line 1**
UNKNOWN

**Address Line 2**

**Apartment Number**

**City**
LOS ANGELS

**State/Province/Region**
CALIFORNIA

## EMERGENCY CONTACT INFORMATION IN OR OUT OF THE U.S.

**Family Name**
PRINS

**First (Given) Name**
HERMAN

**E-mail Address**
H.PRINS36@KPNPLANET.NL

**Country Code**
NETHERLANDS (NLD) (+31)

**Phone Number**
628893453

## ELIGIBILITY QUESTIONS

1) Do you have a physical or mental disorder; or are you a drug abuser or addict; or do you currently have any of the following diseases (communicable diseases are specified pursuant to section 361(b) of the Public Health Service Act):                      No
   - Cholera
   - Diphtheria
   - Tuberculosis, infectious
   - Plague
   - Smallpox
   - Yellow Fever
   - Viral Hemorrhagic Fevers, including Ebola, Lassa, Marburg, Crimean-Congo
   - Severe acute respiratory illnesses capable of transmission to other persons and likely to cause mortality.

2) Have you ever been arrested or convicted for a crime that resulted in serious damage to property, or serious harm to another person or government authority?                      No

3) Have you ever violated any law related to possessing, using, or distributing illegal drugs?                      No

4) Do you seek to engage in or have you ever engaged in terrorist activities, espionage, sabotage, or genocide?                      No

5) Have you ever committed fraud or misrepresented yourself or others to obtain, or assist others to obtain, a visa or entry into the United States?                      No

6) Are you currently seeking employment in the United States or were you previously employed in the United States without prior permission from the U.S. government?                      No

**7) Have you ever been denied a U.S. visa you applied for with your current or previous passport, or have you ever been refused admission to the United States or withdrawn your application for admission at a U.S. port of entry?**                    No

**8) Have you ever stayed in the United States longer than the admission period granted to you by the U.S. government?**                    No

**9) Have you traveled to, or been present in Cuba, Iran, Iraq, Libya, North Korea, Somalia, Sudan, Syria or Yemen on or after March 1, 2011?**                    No

Paperwork Reduction Act. An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0111. The estimated average time to complete this application is 23 minutes. If you have any comments regarding this burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 90 K Street, NE, 10th Floor, Washington DC 20229. Expiration May 31, 2026.

The ESTA logo is a registered trademark of the U.S. Department of Homeland Security. Its use, without permission, is unauthorized and in violation of trademark law. For more information, or to request the use of the logo, please go to **help.cbp.gov (http://help.cbp.gov)** and submit a request by clicking on "Ask a Question." When selecting the Product (under Additional Information) use "ESTA" and the sub-product "Logo Assistance" to expedite handling of your request.

 Gmail

Mocienne Petit Jackson <mocienne.e.petit.j@gmail.com>

## ESTA Status Change

1 bericht

**no-reply@cbp.dhs.gov** <no-reply@cbp.dhs.gov>                                    15 juni 2024 om 22:32
Aan: MOCIENNE.E.PETIT.J@gmail.com

There has been an update to your ESTA Travel Authorization Status submitted on May 09, 2024. Please visit https://esta.cbp.dhs.gov/esta to check your application.





### Arriving via a Land Border?

An I-94 is required for all ESTA approved applicants visiting or transiting the U.S. Travelers will be issued an electronic I-94 during the admission process and a $6 processing fee will be charged at a land port of entry. The I-94 website and CBP One��� mobile application allow you to apply in advance, saving you time at the port of entry, by capturing your destination information and allowing you to prepay using the payment type of your choice, including credit card or your digital wallet*. The I-94 website and CBP One♦♦♦ mobile application also allow

travelers to check the status of their admission to the United States and send alerts if your status is nearing expiration (Traveler Compliance Check).

**Website**
https://i94.cbp.dhs.gov
CBP One��� mobile application
Google Play / Android
Apple / iOS

\*Advance I-94 submission, as well as independent fee collection, applies only to land crossings, data requirement and fee collection are handled by carriers in the air and sea ports of entry.

ESTA Program Office

https://esta.cbp.dhs.gov/esta
www.cbp.gov/esta

**E-mail Security:** If you are concerned about clicking the link, ESTA can be accessed by typing https://esta.cbp.dhs.gov in the address bar of your browser.



### Information regarding your ESTA App

**info@usimmigration-support.net**
aan mij ▾

Vertalen naar het Nederlands    ✕

**Dear Petit Mocienne,**

This email is to confirm that we have received your orde

NAME: PETIT MOCIENNE
PASSPORT NUMBER: NY7091782

NO FURTHER ACTION IS REQUIRED.
Please be advised that it may take up to 72 hours for the
email confirming the status of the application.

Regards,

U.S. Immigration Support
info@usimmigrationsupport.net

DISCLAIMER: This email was sent by a private company not affiliated wit

CONFIDENTIALITY NOTICE: This email and any attachments are confid
mistake, please contact us immediately and then delete the message fror
other use is prohibited.



 Gmail

Mocienne Petit Jackson <mocienne.e.petit.j@gmail.com>

## Re: RESPONSE REQUIRED: Question regarding your application. Order: 16000118650

1 bericht

**Mocienne Petit Jackson** <mocienne.e.petit.j@gmail.com>
Aan: "U.S. Immigration Support" <info@usimmigration-support.org>

9 mei 2024 om 22:44

Hello

about this question :

1. I dont have parents by law.

B)    Before we can finish processing your application, we would like you to confirm your parents names:

Father
First name:
Family name:

Mother
First name:
Family name:

2. About this question

I am Netherlands citizens  siens I was adopted in 1984. as a child
for 40 years.

I am not a Haiti citizen I am from the Netherland over 40 years stil.
I have been Naturalized in the Netherlands.

C)    When assessing your information, we found that there is possibly an error in the answers related to your other citizenship.

These questions are NOT in reference to NETHERLANDS citizenship.

The other citizenship section consists of 3 questions. If 1 or more of these answers are 'Yes', you will need to provide the full information below.

*Failure to provide complete information will result in a delay to your order being processed*

1) Are you now a citizen or national of HAITI?

If Yes, please confirm:

Which country?: HAITI

How did you acquire citizenship / nationality from this country?

By birth?
Through Parents?
Naturalized?
Other? - if other please provide further information:

3. about this question

This has nothing more to do with me. After 40 years living in the Netherlands I dont have any Haitian papers. I do not own a haitian passport and i dont have one since i was adopted in 1986. I hope this information will do you well because. I have nothing to do with haiti my Netherland. who want to see friends in America. I have my own business here and my child.  This my home the Netherlands.


3) Have you ever been issued a passport or national identity card by HAITI?

This question does not refer to your home country issuing a passport or national identity card while you are abroad. This question refers to whether you have been issued a passport or national ID card by a country other than the country for which you have applied for your travel authorization.

If Yes, please confirm:

Issuing country?: HAITI
Document type? Passport number or National Identity Card:
Document number?*:
Expiration Year?*:

*You must provide this information even if you passport is expired or suspended*

We will process your application when you respond.

Kind regards,


Mocienne Petit



Op do 9 mei 2024 om 22:25 schreef U.S. Immigration Support <info@usimmigration-support.org>:

Dear Petit Mocienne,

Thank you for your travel authorization processing request.

A)   In order to process your travel authorization we require a photo or scan of your passport photo page.

Please respond to this email and attach a scan or photo of your passport.

* Each applicant is required to submit a separate passport scan or photo.
* The scan/photo must include the full photo page showing complete information.
* The passport must be the same as entered in the ESTA online form.
* The passport scan/photo can be submitted on behalf of another traveler.
* All travelers, including children are required to provide a valid passport.
* Parents or legal representatives must submit the passport scan/photo on behalf of the child.
* Please provide the passport scan/photo as soon as possible in order to expedite the process.
* Failure to provide the passport scan/photo will result in your order not being processed.


B)   Before we can finish processing your application, we would like you to confirm your parents names:

Father
First name:
Family name:

Mother
First name:
Family name:

When assessing your information, we found that there is possibly an error in the answers related to your other citizenship.

These questions are NOT in reference to NETHERLANDS citizenship.

The other citizenship section consists of 3 questions. If 1 or more of these answers are 'Yes', you will need to provide the full information below.

*Failure to provide complete information will result in a delay to your order being processed*

1) Are you now a citizen or national of HAITI?

If Yes, please confirm:

Which country?: HAITI

How did you acquire citizenship / nationality from this country?

By birth?
Through Parents?
Naturalized?
Other? - if other please provide further information:


OR


2) Have you ever previously been a citizen or national of HAITI?

This question refers to any previous citizenship or nationality you may have had in the past, but do not have anymore.

If Yes, please confirm:

Which country?: HAITI
Date from (DD/MM/YYYY)*:
Date to (DD/MM/YYYY)*:


3) Have you ever been issued a passport or national identity card by HAITI?

This question does not refer to your home country issuing a passport or national identity card while you are abroad. This question refers to whether you have been issued a passport or national ID card by a country other than the country for which you have applied for your travel authorization.

If Yes, please confirm:

Issuing country?: HAITI
Document type? Passport number or National Identity Card:
Document number?*:
Expiration Year?*:

*You must provide this information even if you passport is expired or suspended*

We will process your application when you respond.

Kind regards,

Customer Service Department
----------------------------------------
The content of this email is confidential and intended for the recipient specified in this message only. Nothing in this email should be considered legal advice. This website is not affiliated with any government.

**2 bijlagen**



**IMG_0555.jpeg**
2768K



**IMG_0558.jpeg**
2808K