**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mocienne Petit Jackson | CASE NUMBER: |
| PLAINTIFF(S) | 2:24-cv-05291-SPG-PD |
| v. | |
| Staat Der Nederlanden et al | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Documents

REGARDING:

| 9/10/2024 | 22 | Submitting Material to the Court |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____ .
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

For reasons stated in the Notice of Deficiencies filed at ECF No. 23, the document filed at ECF No. 22 is STRICKEN.

Dated: ___9/23/2024___

By: _____
U.S. District Judge

G-112B (08/22)        ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS