# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:24-cv-05291-SPG-PD                     Date October 1, 2024

Title: Mocienne Petit Jackson v. Staat Der Nederlanden et al

Present: The Honorable SHERILYN PEACE GARNETT

| Patricia Gomez | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Case closed at docket no. 30.

☐ Entered _____.

Initials of Preparer     PG